United States District Court of Utah

FILED
CLERK, U.S. DISTRICT COURT
2004 DEC 16 P 1:25
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

United States of America,
   Plaintiff,

vs.

Alfred R. Cesspooch,
   Defendant,

Case number, 2:93-cr-281 (PGC)

Motion, to be return back to the United States District Court of Utah to get this "ENHENCEMENT LAW" off me to get resentence again of relief.

Respectfully, De jure pro se Alfred Ray Cesspooch, Native American Indian a northern ute of the Uintah and Ourray Reservation from the state of Utah.

I DO NOT know the law and code number signs for the courts. I was born with disability as I can't write and read this is in disability act law. So please bear with me and I hope you understand in what I'm try to say to you. Someone help me to write this motion to be United state District Court of Utah.

Rule New, "UNITED STATES SUPEREME COURT RULED," to do with the "ENHENCEMENT LAW" it is unlegal to

132

put a "ENHENCEMENT LAW" against any body persons in federal District courts the "ENHENCEMENT OF the three strikes law your out, as they put the "ENHENCEMENT LAW" ON ME. The courts and my attorneys didn't tell me they were goin to give me "ENHENCEMENT LAW" ON ME this cruel unsual punishment. I forgot this form 2255, Dist./Ag dock 2:99-CV-320.

You Can Refer to the Recent United states Supereme court Ruling in 2004. I DONT Know the Supereme court case number of Ruling.

Request the courts, that I be brought back to the United states District court of Utah in Salt lake city, Utah, to be resentence to get this "ENHENCEMENT LAW" off me and to get all my cases run together in my sentence.

I was signed another Honorable Judge PGC, that I only know them by there Initials, in this case and other Honorable Judge step down off my case.

This "ENHENCEMENT LAW" is Violation against me, under the laws - 25ss 1302 chapter 15, 1,2,3,4,5,6,7,8,9,10, and 25ss 450 (A) chapter 14, 1,2,3,4,5,6,7,8,9,10, and United States Constitutional rights, 1,2,3,4,5,6,7,8,9,10,11,12,13,14, and in silver platter doctrine Violation law.

I request this to be file in the United states District court of Utah of the clerk office.

Thank you so very much and your time. I do appreciate it. *God bless all*

UNDER PENATLY AND PERJURY THIS TO BE CORRECT IN KNOWLEDGE, THE BEST OF MY ABILITY AND UNDER GOD.

sincerely with Respects,
Alfred Cesspooch
ALFRED CESSPOOCH

My Address;
Alfred Cesspooch #01162-081
U.S. Penitentiary Allenwood
P.O. Box #3000
White deer, Pennsylvania, 17887